# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JODY M. YOUNG

NO. 2023 KW 0539

**SEPTEMBER 25, 2023**

---

In Re:     Jody M. Young, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           No. 053507.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is instructed to act on relator's motion to correct an illegal sentence, filed May 22, 2022, on or before October 30, 2023. A copy of the district court's action shall be filed with this court on or before November 6, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT